CASE#: **18-C-295** Sub Code: Date Opened: 07/17/2018
Date Printed: 08/23/2018

JUDGE: RUSSELL M. CLAWGES, JR.

Plaintiff: **JULIA PHILLIPS**
vs
Defendant: **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY INC**

Pro Attorney: DAVID M. GRUNAU

Def Attorney:

| Page | Date | Memorandum | Account# | Earned | Collected | Balance |
|---|---|---|---|---|---|---|
| 1 | 07/17/2018 | Complaint and Interr., Req. for Prod. & Req. for Adm. | | 200.00 | 200.00 | .00 |
| 2 | 07/17/2018 | Additional clerk fees | | 35.00 | 35.00 | .00 |
| 3 | 07/17/2018 | Process issued on State Farm only - S/S | NotCollected | 20.00 | .00 | 20.00 |
| 4 | 07/25/2018 | S/S accepted service on behalf of State Farm Mutual Automobile Ins. | | .00 | .00 | .00 |
| 5 | 07/25/2018 | Co. on 7/19/18 | | .00 | .00 | .00 |
| 6 | 08/23/2018 | Defs' Notice of Filing Notice of Removal to Federal Court | | .00 | .00 | .00 |
| 7 | 08/23/2018 | REMOVED TO FEDERAL COURT | | .00 | .00 | .00 |
| | | | **Totals** | **255.00** | **235.00** | **20.00** |