IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

**JULIA PHILLIPS,**

    **Plaintiff,**

**v.**                                       **CIVIL ACTION NO. 1:18CV161**
                                          **HONORABLE THOMAS S. KLEEH**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY,**

    **Defendant.**

## ORDER OF DISMISSAL

NOW COMES the Plaintiff, Julia Phillips by counsel, David Grunau, and comes the Defendant, State Farm Mutual Automobile Insurance Company, by counsel, Tiffany R. Durst and PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC, and hereby represent to the Court that all matters in controversy between the parties have been settled and compromised and that the parties jointly move the Court to dismiss this matter with prejudice. The Court, being advised of the premises herein and finding no objection thereto, hereby **ORDERS** that this action is dismissed, **WITH PREJUDICE**, with the parties to bear their own costs and attorneys' fees.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered: June 5, 2019

                                                                    */s/ Tom S. Kleeh*
                                                            HONORABLE THOMAS S. KLEEH

Prepared By:

*/s/ Tiffany R. Durst*

Tiffany R. Durst, Esquire (WV State Bar No. 7441)
PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC
2414 Cranberry Square
Morgantown, WV 26508
Telephone: (304) 225-2200
Facsimile: (304) 225-2214
*Counsel for Defendant*

Approved By:

*/s/ David Grunau*

David Grunau, Esquire (WV State Bar No. 9197)
Grunau Law Offices, PLLC
244 Pleasant Street
Morgantown, WV 26505
Telephone: (304) 291-6166
*Counsel for Plaintiff*